United States Bankruptcy Court
District of Connecticut

In re:  Case No. 18-31874-amn
Justin R. Cossette  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3      User: admin      Page 1 of 2
Date Rcvd: Sep 12, 2023      Form ID: 197      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Justin R. Cossette, 171 Sams Road C, Meriden, CT 06451-7507 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:29:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 12 2023 18:29:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Housing Development Fund, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

**Name**      **Email Address**

Jonathan G. Cohen
     on behalf of Debtor Justin R. Cossette jgcohen@yahoo.com r46021@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 12, 2023 | Form ID: 197 | Total Noticed: 3 |

Patrick Crook
    on behalf of Trustee Roberta Napolitano pcrook@ch13rn.com

Roberta Napolitano
    notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com

Roberta Napolitano
    on behalf of Trustee Roberta Napolitano notices@ch13rn.com rnapolitano13@ecf.epiqsystems.com

Sara Buchanan
    on behalf of Creditor Housing Development Fund Inc. Sara.buchanan@brockandscott.com, wbecf@brockandscott.com

U. S. Trustee
    USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 6

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
September 12, 2023

In re:
    Justin R. Cossette
    Debtor*

Case Number: 18−31874
Chapter: 13

### DEFICIENCY NOTICE REGARDING CHAPTER 13 ENTRY OF DISCHARGE

**You are hereby notified** that pursuant to 11 U.S.C. § 1328(g)(1), each Debtor, subject to statutory exceptions, is required to complete an approved instructional course concerning personal financial management no later than the last payment made by the Debtor(s) as required by the plan or the filing of a motion for entry of discharge under § 1328(b) in order to receive an entry of discharge.

Pursuant to Fed. R. Bankr. P. 1007(b)(7), unless an approved provider of an instructional course concerning personal financial management has notified the court that a Debtor has completed the course after filing the petition, each Debtor must complete and file a "Debtor's Certification About a Financial Management Course" (Official Form B423).

**You are further notified** that pursuant to D. Conn. Bankr. L.R. 4004−1, in accordance with the applicable provision of 11 U.S.C. § 1328, an individual debtor seeking the entry of a discharge in a Chapter 13 case, shall file a Certification and Application for Entry of Discharge on Connecticut Local Form Certification and Application for Entry of Discharge.

**Failure to file both forms,** the Debtor's Certification About a Financial Management Course (Official Form B423) and the Certification and Application for Entry of Discharge within fourteen (14) days from the entry of this notice will result in your case being closed without an entry of discharge. To subsequently obtain an entry of discharge, you will be required to file a Motion to Reopen the case and to pay the required filing fee, unless the fee is waived by the court.

**NOTE:** Moving parties without an attorney have an additional three (3) days to submit the missing form(s).

Official Bankruptcy Forms are available on our website www.ctb.uscourts.gov

Dated: September 12, 2023

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 197 − ag